# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>ERIC STECKERL, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-01243<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ERIC STECKERL the above process on the 27 day of April, 2017, at 8:30 o'clock, AM, at 331 SONNET LANE COLLEGEVILLE, PA 19426, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: SANDRA LIBERATORI
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 51-55  Height 5'6  Weight 180  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of Pa          )
                                  ) SS:
County of Berks                   )

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this 2 day of May, 2017.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-168050
Case ID #: 4872819