UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| vs. | : | No. 17-1243 |
| ERIC S. STECKERL | : | |

DEFENDANT ERIC S. STECKERL'S ANSWER TO COMPLAINT

Defendant Eric S. Steckerl files this Answer to Plaintiff's Complaint, as follows:

1. Denied.
2. Admitted.
3. Denied.
4. Denied.

WHEREFORE, Defendant demands judgement in his favour and against Plaintiff.

Eric S. Steckerl
Defendant, Pro Se
331 Sonnet Lane
Collegeville, PA 19426

**FILED**
**MAY 2 2 2017**
KATE BARKMAN, Clerk
By_____ Dep. Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| vs. | : | No. 17-1243 |
| ERIC S. STECKERL | : | |

## CERTIFICATION OF SERVICE

I hereby certify that Defendant Eric Steckerl's Answer to Plaintiff's Complaint was served upon Plaintiff's attorney via United States Mail, as follows:

Rebecca A. Solarz, Esq.
BNY Independence Center
701 Market Street, Ste. 5000
Philadelphia, PA 19106

**FILED**

**MAY 2 2 2017**

**KATE BARKMAN**, Clerk
By_____Dep. Clerk

5/12/17

_____
Eric S. Steckerl
Defendant, Pro Se
331 Sonnet Lane
Collegeville, PA 19426