IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| USA | : |  |
| v. | : |  |
|  | : | No. 17-1243 |
| ERIC STECKERL | : |  |
|  | : |  |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on September 27, 2017. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106. REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions. The arbitration clerk should be contacted for any continuance request.

Kate Barkman
Clerk of Court


By: S/PATRICIA A. JONES
Patricia A. Jones
Deputy Clerk
Phone:267-299-7072

Date:May 30, 2017

Copies:      Secretary/Courtroom Deputy to Judge Robreno
             Docket Clerk - Case File

             Counsel:      Rebecca Solarz, Esq.
                           Eric Steckerl, Pro Se
                              331 Sonnet Lane, Collegeville, PA  19426

ARB2.FRM