UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | CIVIL ACTION |
| v. | No. 17-01243 |
| ERIC STECKERL<br>Defendant | |

## PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS

The United States of America, by its specially appointed counsel, Rebecca A. Solarz, Esquire, KML Law Group, P.C., hereby submits this Statement of Material Facts in support of its Motion for Summary Judgment as follows:

1. On February 20, 2012, Defendant executed a Promissory Note to secure payment of a Direct Consolidation loan from the U.S. Department of Education ("the Department") in the amount of $6,765.91 obtained from Direct Loans with interest payable thereon at 3.25% interest per annum. A copy of the Promissory Note is attached hereto. See Plaintiff's Affidavit.

2. The student loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a *et seq.* (34 C.F.R. Part 685).

3. On June 16, 2013, Defendant defaulted on the loan obligation.

4. As evidenced by the sworn Certificate of Indebtedness #1, the United States is the current holder of the Promissory Note in this case. See Plaintiff's Affidavit.

5. The Department has credited a total of $18.06 in payments from all sources, including Treasury Department offsets, to the balance.

6. The Defendant still owed the United States the sum of $7,818.94 through February 8, 2017, with interest continuing to accrue at the current rate of $0.60 per diem.

        Respectfully submitted,

        KML Law Group, P.C.

        By: _____
        Rebecca A. Solarz, Esquire
        Pennsylvania Attorney I.D. No. 315936
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532
        (215) 825-6327 (Direct)
        FAX (215) 825-64423
        RSolarz@kmllawgroup.com