**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| V. | : | NO.: 17-CV-01243 |
| | : | |
| ERIC STECKERL | : | |

## <u>O R D E R</u>

**AND NOW,** on this **25**th day of **September, 2017,** it is hereby **ORDERED** that the arbitration hearing previously scheduled for September 27, 2017 is hereby **CANCELLED** in light of the Plaintiff's Motion for Summary Judgment (ECF No.5)


**IT IS SO ORDERED.**

<u>/s/ Eduardo C. Robreno   </u>
**EDUARDO C. ROBRENO,   J.**