```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
|  | : | NO. 17-1243 |
| v. | : |  |
|  | : |  |
| ERIC STECKERL | : |  |

### ORDER

**AND NOW,** this **15th** day of **December, 2017,** it is hereby **ORDERED** that a hearing on the United States' Motion for Summary Judgment[1] (ECF No. 5) is scheduled for **January 2, 2018,** at **10:00 a.m.,** in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno

**EDUARDO C. ROBRENO,   J.**

---

[1] Defendant has not filed a response to the United States' Motion for Summary Judgment (ECF No. 5). Unless a response is filed prior to the hearing, the Court will consider the averments made in the Motion as unopposed, and will proceed to determine entitlement to judgment as a matter of law, on the basis of those facts. See Anchorage Assocs. v. Virgin Islands Bd. of Tax Review, 922 F.2d 168, 176 (3d Cir. 1990).