```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :
                             :     CIVIL ACTION
     Plaintiff,              :     NO. 17-1243
                             :
          v.                 :
                             :
ERIC STECKERL,               :
     Defendant.              :
```

## O R D E R

**AND NOW**, this **2nd** day of **January, 2018,** in accordance with the Order of this Court on January 2, 2017 granting the United States' Motion for Summary Judgment, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of the United States and against Defendant Eric Steckerl in the amount of $7,886.74 plus interest at the legal rate.

**AND IT IS SO ORDERED.**


                              **/s/ Eduardo C. Robreno**
                              **EDUARDO C. ROBRENO,     J.**